FILED
IN OPEN COURT

AO 442 (Rev. 01/09) Arrest Warrant

JUL - 1 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   2:25mj **123** |
| RYAN MATTHEW STASKYWICZ | ) | FID: 11827145 |
| *Defendant* | ) | NCTS |

2025 JUN 26 P 3 5

RECEIVED
UNITED STATES MARSHAL
EASTERN DISTRICT OF VIRGINIA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Ryan Matthew Staskywicz                                    ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ☑ Complaint
❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

Count One:
18 U.S.C. §§ 2252(a)(2) Distribution or receipt of child pornography.

Count Two:
18 U.S.C. §§ 2252(a)(4)(B) Possession of child pornography.

Date:   06/26/2025

*Issuing officer's signature*

City and state:   Norfolk, VA

Hon. Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01 Jul 25 , and the person was arrested on *(date)* 01 Jul 25 at *(city and state)* VIRGINIA BEACH, VA . |
| Date:   7/1/25 |

*Arresting officer's signature*

Will C. Kelley | N Cus Special Agent
*Printed name and title*